Argued and submitted June 3, affirmed August 4, reconsideration denied
October 20, 1987

JACK STEVE SEAUNIER,
*Petitioner on review,*

*v.*

BOARD OF PAROLE,
*Respondent on review.*

(CA A41057; SC S33879)

740 P2d 777

■

Lawrence E. Hall, Deputy Public Defender, Salem, argued the cause for petitioner on review. On the petition for review was Gary D. Babcock, Public Defender, Salem.

J. Scott McAlister, Assistant Attorney General, Salem, argued the cause for respondent on review. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

PER CURIAM

Gillette, J., filed an opinion concurring in part and dissenting in part, joined by Linde, J.

**PER CURIAM**

Petitioner was convicted of sodomy in the first degree and was sentenced to a ten-year term of imprisonment with a five-year minimum. At petitioner's prison term hearing, the Board established a history/risk score of 3 under crime category 6 with a matrix range of 60 to 80 months, but sustained the 60-month minimum, affirming the previous parole release date of January 20, 1988.

Petitioner seeks review, alleging the same grounds as in *Anderson v. Board of Parole,* 303 Or 618, 740 P2d 760 (1987). Petitioner's procedural contentions are answered in *Anderson v. Board of Parole, supra.*

The decision of the Court of Appeals is affirmed.

**GILLETTE, J.,** concurring in part and dissenting in part.

For the reasons expressed in my dissenting opinion in *Anderson v. Board of Parole,* 303 Or 618, 632, 740 P2d 760, 769 (1987), I respectfully dissent from that portion of this opinion dealing with a "detailed explanation," under ORS 144.135, of the action taken by the Board of Parole with respect to the mandatory minimum sentence. I concur with the balance of the opinion.

Linde, J., joins in this concurring and dissenting opinion.